ALBANY WAREHOUSE COMPANY *v.* HILLMAN.

GILBERT, J. 1. The court having correctly charged the jury in regard to the general burden of proof, it will not be held error, in the absence of a written request, that he failed to instruct the jury upon the subject of the shifting of the burden which may arise during the progress of the case. *Hawkins* v. *Davie,* 136 *Ga.* 550 (71 S. E. 873).

2. The issue that the defendant was not liable on the contract sued upon, because she was a minor, was submitted to the jury; and the evidence warranted a general verdict for the defendant. 10 R. C. L. 752, 756.

*Judgment affirmed. All the Justices concur.*

No. 414. DECEMBER 15, 1917.

Mortgage foreclosure. Before Judge Littlejohn. Stewart superior court. May 19, 1917.

*Bacon & Ferrell,* for plaintiff.    *G. Y. Harrell,* for defendant.

---

PUCKETT *et al.* *v.* JOHNSON *et al.*

GILBERT, J. 1. The evidence does not show adverse possession by the defendant and his predecessors in title for twenty years.

2. The evidence, without substantial conflict, shows adverse possession, by the defendant, of the land in dispute for more than seven years; but it is in conflict as to whether the defendant's deed, relied upon as color of title, embraces this land. The jury with all of the evidence before them found against the defendant on this question, and it was the controlling issue. The brief of evidence is not clear and satisfying to us in some respects as to the evidence before the jury. Certain maps and diagrams are mentioned, but they are not incorporated in the record, and parts of the evidence referring to them are therefore meaningless. He who assigns error must show error.

*Judgment affirmed. All the Justices concur.*

No. 432. DECEMBER 15, 1917.

Complaint for land. Before Judge Cobb. Gwinnett superior court. April 28, 1917.

*E. O. Dobbs,* for plaintiffs in error.    *S. M. Ledford,* contra.